# United States Bankruptcy Court
# District of Hawaii

**Case No. 06−00098**

**Chapter 7**

In re:
    Teresita Ramiscal Rivera
    94−205 Haaa Street
    Waipahu, HI 96797

Social Security No.:
    xxx−xx−5199

Employer's Tax I.D. No.:

# DISCHARGE OF DEBTOR(S)

The debtor(s) appearing to be entitled to a discharge,

**IT IS ORDERED** :

A discharge of the debtor(s) is granted under section 727 of title 11, United States Code (the Bankruptcy Code).

BY THE COURT

Dated: June 7, 2006

*Robert J. Faris*
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. There are also special rules that protect certain community property (if any) owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes [applies only to cases filed on or after 10/17/2005];

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans [applies only to cases filed on or after 10/17/2005].

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case. Please do not call the court or the trustee to ask about the effect of the discharge or whether specific debts are discharged in this case. The staff of the bankruptcy court is prohibited from giving legal advice about the effect which this discharge may have on any specific debts whether listed or not listed in the bankruptcy.**


# CERTIFICATE OF SERVICE

```
District/off: 0975-1          User: frankj          Page 1 of 1          Date Rcvd: Jun 07, 2006
Case: 06-00098                Form ID: b18new       Total Served: 8
```

```
The following entities were served by first class mail on Jun 09, 2006.
db          +Teresita Ramiscal Rivera,   94-205 Haaa Street,   Waipahu, HI 96797-1404
aty         +Gregory T. Dunn,   841 Bishop Street, Suite 2221,   Honolulu, HI 96813-3921
821611      +CITIFINANCIAL, INC.,   94-866 MOLOALO STREET, SUITE D-2,   Waipahu, HI 96797-3356
821612       COLLECTCORP CORPORATION,   300 INTERNATIONAL DRIVE, SUITE 100,   Buffalo, NY 14221-5783
821613       DIVERSIFIED CONSULTANTS, INC.,   P.O. BOX 551268,   Jacksonville, FL 32255-1268
821614      +MAUI MEMORIAL MEDICAL CENTER,   221 MAHALANI STREET,   Wailuku, HI 96793-2581
821615      +SEARS,   P.O. BOX 3005,   Langhorne, PA 19047-9105
821616      +T-MOBILE,   ATTN: BANKRUPTCY DEPT.,   P.O. BOX 20907,   Tampa, FL 33622-0907
```

```
The following entities were served by electronic transmission on Jun 08, 2006 and receipt of the transmission
was confirmed on:
821615      +EDI: SEARS.COM Jun 08 2006 01:01:00    SEARS,   P.O. BOX 3005,   Langhorne, PA 19047-9105
                                                                                           TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 09, 2006**       **Signature:** _Joseph Speetjens_

U.S. Bankruptcy Court - Hawaii   #06-00098   Dkt # 11   Filed  06/07/06   Page 3 of 3